UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| EFREIN REYES ZARATE, a.k.a. EFREIN REYES,<br><br>Petitioner,<br><br>v.<br><br>BRYON WILCOX, *et al.*,<br><br>Respondents. | Case No. C11-245-RSM-JPD<br><br>REPORT AND RECOMMENDATION |

On February 14, 2011, petitioner, proceeding through counsel, filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241, which challenged his detention by the U.S. Immigration and Customs Enforcement. (Dkt. No. 1.) On March 7, 2011, however, the parties filed a Stipulation and Order of Dismissal, which indicates that petitioner was released from immigration custody on February 25, 2011. (Dkt. No. 6.) The parties agree that this matter has become moot and may be dismissed with prejudice and without award of attorney's fees or costs to either party. *Id*.

For a federal court to have jurisdiction, "an actual controversy must exist at all stages of the litigation." *Biodiversity Legal Foundation v. Badgley*, 309 F.3d 1166, 1173 (9th Cir. 2002). "When a controversy no longer exists, the case is moot." *Id*. Because petitioner is no longer detained by ICE, the Court finds that petitioner's habeas petition is moot and should be

REPORT AND RECOMMENDATION - 1

1  dismissed with prejudice and without award of attorney's fees or costs to either party. *See, e.g.,*
2  *Cooney v. Edwards*, 971 F.2d 345, 346 (9th Cir. 1992)(holding that the District Court properly
3  dismissed plaintiff's claims that had become either moot or unripe).  A proposed Order
4  accompanies this Report and Recommendation.

5       DATED this 8th day of March, 2011.

*/s/ James P. Donohue*
     JAMES P. DONOHUE
     United States Magistrate Judge

REPORT AND RECOMMENDATION - 2