**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| EFREIN REYES ZARATE, a.k.a. EFREIN REYES, | Case No.  C11-245-RSM |
| Petitioner, | |
| v. | ORDER OF DISMISSAL |
| BRYON WILCOX, *et al.*, | |
| Respondents. | |

The Court, having reviewed petitioner's petition for writ of habeas corpus, the parties' Stipulation and Order of Dismissal, the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, and any objections or responses to that, and the remaining record, finds and Orders as follows:

1. The Court adopts the Report and Recommendation;

2. This action is DISMISSED with prejudice and without award of attorney's fees or costs to either party;

3. The Clerk shall send a copy of this Order to the parties and to Judge Donohue.

DATED this 31st day of March 2011.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER OF DISMISSAL - 1